# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LEVEL THE PLAYING FIELD, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 15-cv-1397 (TSC) |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>ORDER</u>

Before the court are Plaintiffs' motion for summary judgment (ECF No. 37) and Defendant's cross-motion for summary judgment (ECF No. 42).  Upon consideration of the motions, the Administrative Record (ECF No. 58), and the arguments at the hearing held on January 5, 2017, Plaintiffs' motion is GRANTED, and Defendant's cross-motion is DENIED.

Pursuant to 52 U.S.C. § 30109(a)(8)(C), the FEC is ORDERED to reconsider the evidence and allegations and issue a new decision consistent with this Opinion "within 30 days, failing which the complainant[s] may bring, in the name of such complainant[s], a civil action to remedy the violation involved in the original complaint."

The FEC is FURTHER ORDERED to reconsider the Petition for Rulemaking and issue a new decision consistent with this Opinion within sixty days.

Date:  February 1, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge