**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEVEL THE PLAYING FIELD, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 15-cv-1397 (TSC) |
| v. | ) ) | |
| FEDERAL ELECTION COMMISSION, | ) ) | **SURREPLY** |
| Defendant. | ) ) ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S SURREPLY**
**IN RESPONSE TO PLAINTIFFS' MOTION FOR A BRIEFING SCHEDULE**

For the first time, plaintiffs proposed a sequential briefing schedule in their reply brief. (ECF No. 78 at 2.) The FEC files this surreply to respond to plaintiffs' newly proposed schedule and to offer a compromise briefing schedule. Specifically, the FEC consents to plaintiffs' request for an additional two weeks to file their opening brief. (*Compare* ECF No. 77 at 5, *with* ECF No. 78 at 2.) But in order to achieve parity in the amount of time each party is allotted to draft their respective reply briefs, and to take account for the Thanksgiving holiday week during which staff will be largely unavailable, the FEC requests one additional week for its reply brief.

Accordingly, the FEC respectfully requests that the Court enter the following briefing schedule:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment due | September 15, 2017 |
| Amicus Briefs in Support of Plaintiffs due | September 22, 2017 |
| FEC's Motion for Summary Judgment and Opposition to Plaintiffs' Motion due | October 13, 2017 |

| | |
|---|---|
| Amicus Briefs in Support of the FEC due | October 20, 2017 |
| Plaintiffs' Reply and Opposition to the FEC's Motion due | November 10, 2017 |
| FEC's Reply due | December 8, 2017 |

Respectfully submitted,

Lisa J. Stevenson (D.C. Bar No. 457628)
Acting General Counsel
lstevenson@fec.gov

Kevin Deeley
Associate General Counsel
kdeeley@fec.gov

Robert W. Bonham III (D.C. Bar. No. 397859)
Senior Attorney
rbonham@fec.gov

*/s/ Haven G. Ward*
Haven G. Ward (D.C. Bar. No. 976090)
Attorney
hward@fec.gov

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C.  20463
(202) 694-1650

August 16, 2017