**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEVEL THE PLAYING FIELD, PETER ACKERMAN, GREEN PARTY OF THE UNITED STATES, and LIBERTARIAN NATIONAL COMMITTEE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION<br><br>Defendant. | Civil Action No.: 15-cv-1397 (TSC) |

## JOINT STIUPLATION AND [PROPOSED] ORDER

WHEREAS, on September 15, 2017, Plaintiffs filed their motion for summary judgment (Dkt. 83);

WHEREAS, on October 13, 2017, the FEC filed its motion for summary judgment and opposition to Plaintiffs' motion (Dkt. 90-91), and a motion to strike certain portions of Plaintiffs' summary judgment motion (Dkt. 92);

WHEREAS, this Court previously ordered that Plaintiffs file their summary judgment reply and opposition to the FEC's summary judgment motion by November 10, 2017, and that the FEC file its reply by December 8, 2017; and

WHEREAS, the parties agree that the FEC's motion to strike should be briefed on the same schedule as the summary judgment motions;

The parties hereby stipulate to the following briefing schedule:

1. Plaintiffs' opposition to Defendant's Motion to Strike (Dkt. 92) will be filed and served by November 10, 2017.

2. Defendant's reply in support of the Motion to Strike will be filed and served by December 8, 2017.

IT IS SO ODERED.

Dated: _____

                                          _____
Hon. Tanya S. Chutkan
United States District Judge

IT IS SO STIPULATED.

Dated: October 18, 2017

*/s/ Alexandra A.E. Shapiro*
Alexandra A.E. Shapiro (D.C. Bar No. 438461)
ashapiro@shapiroarato.com

Eric S. Olney (*admitted pro hac vice*)
eolney@shapiroarato.com

Fabien M. Thayamballi (*admitted pro hac vice*)
fthayamballi@shapiroarato.com

COUNSEL FOR PLAINTIFFS
SHAPIRO ARATO LLP
500 Fifth Avenue, 40th Floor
New York, New York 10110
(212) 257-4880

*/s/ Robert W. Bonham III*
Robert W. Bonham III (D.C. Bar No. 397859)
Senior Attorney
rbonham@fec.gov

Lisa J. Stevenson (D.C. Bar No. 457628)
Acting General Counsel
lstevenson@fec.gov

Kevin Deeley
Associate General Counsel
kdeeley@fec.gov

Haven G. Ward (D.C. Bar No. 976090)
Attorney
hward@fec.gov

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C. 20463
(202) 694-1650