# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVEL THE PLAYING FIELD, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 15-cv-1397 (TSC)<br>) |
| FEDERAL ELECTION COMMISSION, | )<br>) |
| Defendant. | )<br>)<br>) |

## ORDER

Before the court are Plaintiffs' motion for summary judgment (ECF No. 83), Defendant's cross-motion for summary judgment (ECF No. 90), Defendant's motion to strike (ECF No. 92), and Plaintiffs' motion to supplement the record (ECF No. 99). Upon consideration of the motions and the Administrative Record (ECF No. 105), Defendant's motion to strike is GRANTED, in part and DENIED, in part, Plaintiffs' motion to supplement is DENIED, Plaintiffs' motion for summary judgment is DENIED, and Defendant's cross-motion is GRANTED.

This is a final appealable order. The Clerk of Court is respectfully directed to close this case.

Date: March 31, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge