# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVEL THE PLAYING FIELD, PETER ACKERMAN, GREEN PARTY OF THE UNITED STATES, and LIBERTARIAN NATIONAL COMMITTEE, INC.<br><br>  Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION<br><br>  Defendant. | Civil Action No.: 15-cv-1397 (TSC) |

## NOTICE OF APPEAL

Notice is given this 22nd day of April that Plaintiffs Level the Playing Field, Peter Ackerman, the Green Party of the United States, and the Libertarian National Committee, Inc. hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order, dated March 31, 2019 (ECF No. 111) (the "Order"), denying Plaintiffs' motion for summary judgment, granting Defendant Federal Election Commission's cross-motion for summary judgment, granting in part and denying in part Defendant's motion to strike, and denying Plaintiffs' motion to supplement; and from any and all adverse orders, decrees, decisions, rulings or opinions incorporated in, antecedent to, or ancillary to the Order, including without limitation the Memorandum Opinion dated March 31, 2019 (ECF No. 110).

Dated: April 22, 2019
      New York, New York

                                            Respectfully submitted,

                                            /s/ Alexandra A.E. Shapiro
                                          Alexandra A.E. Shapiro (D.C. Bar No. 438461)
                                          Eric S. Olney (*admitted pro hac vice*)
                                          SHAPIRO ARATO BACH LLP
                                          500 Fifth Avenue
                                          40th Floor
                                          New York, New York 10110
                                          Phone: (212) 257-4880
                                          Fax: (212) 202-6417
                                          ashapiro@shapiroarato.com
                                          eolney@shapiroarato.com

                                          *Attorneys for Plaintiffs Level the Playing Field,*
                                          *Peter Ackerman, Green Party of the United States,*
                                          *and Libertarian National Committee, Inc.*